13 DEC 20 PM 2: 17

[stamp: U.S. DISTRICT COURT / SOUTHERN DISTRICT OF CALIFORNIA]

067   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 13CR3445-DMS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT TO DISMISS THE INDICTMENT** |
| AMENDA SANCHEZ-VILLAFANA (2), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA, and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 13CR3445-DMS against defendant AMENDA SANCHEZ-VILLAFANA (2), be dismissed without prejudice.

IT IS SO ORDERED.

DATED:   December 20, 2013

_____
Hon. Dana M. Sabraw
U.S. District Judge